278 Pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Yakov Slepoy_

_(In the space above enter the full name(s) of the plaintiff(s).)_

13 CV 6045

COMPLAINT

-against-

_Brooklyn DA_
_Charles Hynes_

Jury Trial:  ☑ Yes   ☐ No
(check one)

RECEIVED
AUG 27 2013
PRO SE OFFICE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name          _Yakov Slepoy_
                Street Address  _2006 Benson Ave, Apt. 1-E_
                County, City    _Kings, Brooklyn_
                State & Zip Code _NY, 11214_
                Telephone Number _347-283-6494_

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name          _Charles Hynes_
                  Street Address  _360 Jay Street_

_Rev. 05/2010_



County, City _____ *Kings , Brooklyn* _____
State & Zip Code _____ *NY , 11201* _____
Telephone Number _____ *718 - 250 - 2000* _____

Defendant No. 2    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____ *Corruption,* _____
_____ *discrimination,* _____
_____ *Crime* _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*



You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? June 13, 2005 (arrested) And then begin all claimed in my documents events.

B.    What date and approximate time did the events giving rise to your claim(s) occur? After I was arrested at 7203 13th Ave; Brooklyn, NY (office of financial Company → "All American Mortgage Bankers"

C.    Facts:

| What happened to you? | Criminal case #2006 KN093873 was fabricated against me and I was sued more than 3 years on 26 hearings |
| Who did what? | Charles Hynes initiate opening of case and take bribe from defenced Lawyers. Facts and descriptions in attached documents. |
| Was anyone else involved? | None |
| Who else saw what happened? | During the Court hearing I was accompany with friend: Lidiya Gerevich, Ilya Kleyn and Michael Rombom (See attached "Affidavits of Witness" |

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was chain of event with moral loss; loss of house, business and money from bank accounts.
During the prosecution time my medical conditions worthening and I came through hospitals admission and bunch of surgeries, the most difficult - open hurd severory.
Medical records available upon request

*Rev. 05/2010*

③

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want Court to trial and cause over the facts of Corruption, crime and discrimination from Brooklyn DA-Charles Hynes:

1. Court has to make decision about Bribery, taken by C. Hynes during 24 years on DA office.

2. Get monetary compensation in amount of $150 Million.

3. Court has to admit conspiracy of DA with Judges, Lawyers and Criminals.

4. Gave C. Hynes lifetime prison term for Corruption, Fascist behavior and disobey Law.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of August, 20 13

Signature of Plaintiff    Y Slepox

Mailing Address    2006 Benson Ave Apt 1-E
Brooklyn, NY 11214

Telephone Number    347 - 283 - 6494

Fax Number (if you have one)    N/A

<u>Note:</u>    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

④

# SM WORLD ENTERPRISES

## *Corporate Member of American Translators Association*

8 Bay 22nd St., 1st Fl.,
Brooklyn, NY 11214
(718) 234-7338

1631 East 18th St., 1st Fl.,
Brooklyn, NY 11229
(718) 382-3602

*Translated from Russian Language*

### Time for Brooklyn to be united

As the head of the division of public validity with Elliot Spitzer, Mark Peters rendered harmless corrupt officials and immoral corporations.

Government officials and the corrupted organizations in Brooklyn do not fear to violate law, because they do not fear to be caught. Why would they fear, when the present county attorney proved that he was not ready for the fight?

Mark Peters possesses energy, experience and selflessness in order to revive public confidence, after heading the effective and energetic office of the county attorney.

As the representative of the head of the division of civil rights with Elliot Spitzer, he helped to carry out the first law of New York, against hate crimes. As the head of the division of public validity, Mark protected the inhabitants of New York from the corrupted politicians and the corporations, which cost us money and made our government less reliable and less effective.

"Working with Elliot Spitzer, I understood, that the eradication of our corruption requires persistence, enthusiasm and energy. The county attorney showed that he will not fight with the corrupted officials, but I would."

As the head of the division of public validity, Mark Peters:

- Fought with political corruption, presenting charges to the leaders of the political organizations of New York, which stole funds, intended for women, children and people with AIDS
- Investigated and thoroughly reexamined the NYPD personnel, which persecuted the drivers of feminine sex and dealt with illegal searches
- Won the case against an immoral corporation, which assigned the overstated price of milk in the programs of school's dinner.

AFFIDAVIT OF ACCURACY

Pursuant to U.S. Federal Regulation (59 FR 1900, Jan. 13, 1994, 3.33) regarding translation of documents, I, Svetlana McGrath, of the *SM World Enterprises*, translator, do hereby certify that I am competent to translate from Russian to English, and that this document on is true, accurate, and faithful translation of the photocopy of the document to the best of my knowledge and belief. No inference or determination regarding the validity of the photocopy of the document or its content is made. By attesting to the accuracy of the above translation I neither verify nor dispute the origin or factual content[s] of the source document; and that this translation fully conforms to the source document executed in the Russian language attached hereto.

Translator's signature _____

SERGEY IZHOVSKIY
Notary Public, State of New York
No. 01IZ6114737
Qualified in Kings County
Commission Expires August 23, 2008

PERSONALLY SUBSCRIBED AND
SWORN BEFORE ME, THIS
20 DAY OF June, 06

SWORN BEFORE ME, THIS
DAY OF

# Голосуйте за Марка Питерса!



Слишком долго представители русской общины Америки становились жертвами обмана со стороны некоторых иммиграционных адвокатов, которые вместо обещанных документов, дающих право проживания в стране, лишь присваивали себе (!) деньги честных людей.

Марк Питерс точно знает, как предотвратить это иммиграционное мошенничество. Работая руководителем отдела служебной этики в офисе генерального прокурора штата Нью-Йорка Элиота Спитцера, он осудил и посадил за решетку нечистоплотных иммиграционных юристов.

Сейчас время, когда многочисленная и развивающаяся русская община получит заслуженную защиту кабинета районного прокурора Бруклина — настало время перемен!

Марк Питерс полон энергии, опыта и желания вернуть доверие общественности, эффективнве и инициативв э возглавляя офис Бруклина.

## Когда Марк будет избран он:

- остановит хищных кредиторов, отбирающих у людей дома,
- использует новые средства и технологии для осуждения преступников,
- оградит всех жителей Бруклина от политически коррумпированных судей
- понизит автомобильные страховки и покончит с мошенничеством в этой области.

Голосуйте 13 сентября за Марка Питерса, баллотирующегося на пост районного прокурора Бруклина на первичных демократических выборах!

### ГОЛОСУЙТЕ ЗА МАРКА ПИТЕРСА,
### КАНДИДАТА НА ПОСТ РАЙОННОГО ПРОКУРОРА БРУКЛИНА!
### ВТОРНИК, 13 СЕНТЯБРЯ,
### ПЕРВИЧНЫЕ ДЕМОКРАТИЧЕСКИЕ ВЫБОРЫ!

Если вы хотите получить больше информации о кандидате или позвоните по тел. (718) 377-3221 на Интернете: www.petersforbrooklyn.com или посетите нашу страницу

# DA Charles Hynes running a Corrupt Office, challenger claims

By Eli Rosenberg , July 18, 2012

1. Via the *Brooklyn Paper*: **District Attorney Charles Hynes** runs a politically corrupt ship that needs to be cleaned from <u>stem to stern</u>, claims a prosecutor who hopes to boot the 23-year <u>incumbent</u> from office next year.

2. "We've lost trust in DA Hynes and that's a huge problem for the community," said Abe George, a Sheepsheadbay native and Williamsburg resident who stepped down from his post as an Assistant **District Attorney** in **Manhattan** to focus on his <u>nascent</u> campaign. "My election will be about restoring integrity to the office."

3. Hynes has been in Office since **1989**, but George says Brooklyn's current climate is ripe for change, claiming that the recent criticisms on Hynes's chummy relationship with the ultra-Orthodox community around sex abuse crimes shows how far the district attorney has fallen from grace.
"He's lost all credibility in prosecuting these sex crimes in the ultra-Orthodox community and as a result of that some of the political prosecution power we've had," said George. "He's failing to protect children and he's failing to protect the public from crime."
Hynes came under fire for being too <u>cozy</u> with Brooklyn's Ultra-Orthodox community — a powerful voting bloc — starting <u>with a scathing piece in the New York Times</u> that accused him of tacitly supporting a practice in which rabbis determine if a sex crime should be reported to police.
But George says Hynes's shortcomings are not limited to his relationship with religious communities.
"Hynes has done a terrible job at addressing crimes in general," he said, noting that Brooklyn leads the city in murders. And the precipitous drop in crime in Brooklyn over the last twenty years is more national than a local phenomenon, George claims.
"We have to address the murders in Brownsville, East New York, and Bedford-Stuyvesant," he said. Thirty-eight percent of murders citywide last year <u>occurred in Brooklyn</u>.

4. George said that if he's elected, he will work more closely with the police department to refine the city's controversial stop-and-frisk policy. "Stop-and-frisk is the purview of the District Attorney; he's the chief law enforcer of the county and it's his job to tell cops when they've crossed the line," George said, claiming that stop-and-frisk leads to an excessive number of marijuana-related arrests.
"We need to educate the police department to what the legal standard is and hold the line. It's wrong to have people stopped without reasonable suspicion of criminal activity."
George, who went to Midwood High School before attending NYU as an undergraduate, said he will take a street-level approach to campaigning.

"I'm meeting with the communities, victims, churches, and mosques for the first 90 days to get on the ground and meet people," he said. "I'm a city guy and a Brooklyn boy and it's been frustrating to see how Brooklyn has suffered in different areas recently."
Hynes declined to comment, but said through a spokeswoman that he would be running in 2013.

**The Brooklyn Paper**
**One Metrotech Center, Suite 1001**
**Brooklyn, NY 11201**

**Phone, all departments: (718) 260-2500**

[Reach reporter **Eli Rosenberg** at erosenberg@cnglocal.com or by calling **(718) 260-2531**. And follow him at twitter.com/emrosenberg].

1

# Lawyer accuses Brooklyn DA Charles Hynes' office of manipulating witnesses, evidence.
## (Att'y claims dirty tricks)

By **BRAD HAMILTON**
Posted: 12:40 AM, December 3, 2012

bhamilton@nypost.com

---

## EXCLUSIVE

---

1.  A Defense Lawyer claims, **Brooklyn DA Charles Hynes' Office** coached a witness to implicate his client in an armed robbery and fudged evidence in prosecuting the case.

2.  **Attorney Mark Bederow** levels the bombshell accusation in a 10-page letter, he fired off to the **Case's Lead Prosecutor** on Friday, copied to Hynes and submitted to **Brooklyn Supreme Court Justice Suzanne Mondo,** and the **Court Clerk.**

3.  The claim comes as Hynes, who is up for re-election, deals with a suit alleging his Office manipulated evidence in **convicting an innocent man of murder in 1995. The letter demands the DA drop charges against Ronald Bozeman, 65,** who faces life in jail for a heist last year **outside an HSBC bank in Downtown Brooklyn** in which **two grocery workers** were forced into their SUV at gunpoint and robbed of **$9,000** they had just withdrawn. "This prosecution has been a fiasco," Bederow wrote to **Assistant DA Sabeeha Madni.** "The DA had knowledge that prosecution against **Mr. Bozeman was unwarranted,**" he wrote. Bozeman, who previously served 12 years for robbery, became a suspect after his DNA was found on a white cloth in a zippered blue bag the two bandits left in the SUV. But a prosecutor mistakenly said Bozeman's DNA was found on a "white cloth bag," Bederow states. A victim later testified he saw a "white cloth bag," and Bederow claims the sworn statement shows the witness was coached. The two victims also initially identified Bozeman as the gunman, court papers show. But both switched their statements six weeks later, pointing to suspect **George Johnson** after Johnson's DNA was found on a cell phone left by the thieves, Bederow alleges. The DA's Office "knowingly elicited contradictory identification testimony from the same two key witnesses before two separate grand juries," Bederow alleges. Neither man was the gunman, Bederow says in the letter, claiming that Johnson was an accomplice and that another man, **Edicy "Slim" Reedy,** had the weapon. Reedy owned the phone, his DNA was on the bag and he matched witness descriptions of the gunman, the lawyer wrote. Reedy was arrested, but never put in a police lineup, and the DA declined to prosecute, stating two people were already arrested and charged, a court document shows. Reedy could not be reached for comment. Johnson's Lawyer did not return a call.

4.  A **Federal Judge** last month criticized Hynes for promoting his **Deputy, Michael Vecchione,** who allegedly manipulated evidence to send **Jabbar Collins** to prison for **15** years in the **1995** slaying of **Rabbi Abraham Pollack.** Collins was freed last year and has **sued the City** for **$150 million.** Vecchione has denied any wrongdoing. Hynes has defended his office's actions in the case.



**Service Introduction.**

**E-mail:**
adam@bederowmiller.com,mark@bederowlaw.com

Mark Bederow's career began in 1998, when shortly after he graduated cum laude from the Syracuse University College of Law, he was appointed by Robert M. Morgenthau as an Assistant District Attorney for New York County. At the District Attorney's Office he developed a reputation as a thorough investigator and skilled trial attorney. In 2004, he joined Thompson Hine LLP, a large international law firm, where he focused his practice on white collar criminal defense and related subject areas. In 2008, he formed the Law Office of Mark A. Bederow.

As an Assistant District Attorney at the leading prosecutor's office in the nation, Mr. Bederow learned to think like a prosecutor and honed his investigative and trial skills—traits critical to effective representation in a criminal matter. Among the thousands of cases he investigated and prosecuted, Mr. Bederow managed several long-term investigations and tried many complex cases. He also prosecuted one of the first indictments ever brought under New York's hate crime statute.

After more than five years as a prosecutor, Mr. Bederow joined Thompson Hine. There, he developed exceptional client service skills and successfully represented both individuals and business entities in many significant criminal and non-criminal matters.

Mr. Bederow has represented public officials, attorneys, medical professionals, federal and state law enforcement officers, business owners, investment bankers, traders, Hollywood personalities, students, a best-selling author, an internationally renowned artist and many others.

Mr. Bederow has earned a reputation as a legal strategist who thinks outside the box to reach a favorable resolution, but also as a skilled litigator willing to try a case if it is in the best interest of his client. Mr. Bederow has never lost a trial as a prosecutor or as defense counsel, and he has tried many high profile cases. Mr. Bederow recently represented a decorated former Supervisory Special Agent of the FBI charged with four counts of murder arising out of allegations that he assisted his Mafia informant commit organized crime related homicides. All charges were dismissed in the middle of the prosecution's case at trial.

Since 2004, Mr. Bederow has been a guest-faculty member at the New York County District Attorney's Office Trial Advocacy Program. In 2006, he was selected by a committee of the Association of the Bar of the City of New York to perform in a mock trial conducted before the Association.

Mr Bederow is admitted to practice in the State of New York and the Southern, Eastern and Northern Districts of New York. He is a member of the Association of the City Bar of New York, the Criminal Courts Committee of the Association of the Bar of the City of New York, the New York State Association of Criminal Defense Lawyers and the National Association of Criminal Defense Lawyers.

## Areas of Practice

- Criminal Law
- Criminal Law - Federal (White Collar Crime)
- DUI/DWI
- Investigations and Prosecutions Brought by Federal and State Authorities
- Street Crime

1

**TRANSLATION**
(from Russian into English)

REPORT
VISITING THE RUSSIAN-SPEAKING ATTORNEYS

A meeting of the Russian American Bar Association (RABA) members took place recently in Brooklyn.

RABA is a nonprofit organization led by the head of a famous law firm "Melnik Law Group", professor of law Steven Melnik. It was founded in 2010 with the goal of uniting the Russian-speaking attorneys, fostering cooperation between them and helping Russian-American law students or those considering a career in law. According to the Bylaws of the organization, membership is open to all legal professionals, regardless of their background, who share its tasks and goals.

New, highly qualified attorneys representing different areas of law joined RABA during its two year history. They were not only from New York but from other states as well. The organization gained respect of both the Russian-speaking immigrant community and the influential city politicians. Many of them reaffirmed this as they attended the meeting despite the cold and the snow. The guests included the Brooklyn District Attorney **Charles Hynes** with his assistant, Russian-speaking community liaison A. Gurevich, New York State Assemblymen A. Brook-Krasny, **S.Cymbrowitz** and A.Maisel, City Councilman L. Fidler, City Council candidate J. Lisyansky. All of them noted the significant achievements of RABA in their speeches.

District Attorney **Charles Hynes**, an honorary advisor of RABA, said: "I am glad that there are so many attorneys, physicians and representatives of other prestigious occupations among the immigrants from the former Soviet Union. I know how much and how hard they studied and worked in order to integrate into the American society". **Mr. Hynes** was awarded with Honorary Certificate of Membership, presented by S. Melnik, for his assistance with establishing and operating RABA.

[**Charles Hynes** awarded, left: Steven Melnik]- caption from photo #2

In summarizing the events of 2012, S. Melnik and I. Oberman emphasized the aid provided by the RABA members to the public in the neighborhoods affected by Hurricane Sandy. They provided free consultation and seminars where people who lost their property, cars or even homes were explained how to fill out the forms correctly and which documents are necessary for receiving aid through various agencies and programs. They stood watch in the offices of the local authorities, where emergency assistance stations were set up. Finally, they personally participated in the humanitarian actions to supply the population, especially the most vulnerable groups, the elderly and the disabled, with food, medications and other urgently needed items.

[center: **Steven Cymbrowitz** and John Lisyansky] – caption from photo #1

One can recall the campaign to receive, unload and quickly distribute 15000 bottles of kefir delivered to Southern Brooklyn from the Chicago manufacturer "Lifeway Foods" by the "EcoMeal" company as a gift to the victims. I. Oberman made arrangements for the appropriate facilities, prepared the paperwork and selected a team of volunteers which he and S. Melnik joined themselves. As a result, they managed to quickly supply fresh kefir to the residents of a

complex on West 5th Street, the members of the American Brotherhood for the Russian Disabled (ABRUD), World War II Veterans Association and Holocaust Survivors Association.

Also noted was the great help of City Council candidate John Lisyansky to the residents of the Warbasse residential complex, which was severely affected by the hurricane.

The attorneys Angelica Kontoroff, member of the Advisory Board of the New York Chapter of RABA, Y. Tsyngauz, T. Pakhman, I Turovevetskaya, A. Kaplan and others present at the meeting spoke with the young attorneys, offering important advice and episodes from their own practice.

**Marina Lagunova**

---

STATE OF NEW YORK, COUNTY OF KINGS, SS:

I, Alexander Tsupko, being duly sworn state and depose the following:

I hereby certify that I translated this document from Russian into English. This translation is accurate and complete. I further certify that I am fully competent to translate from Russian into English.

Alexander Tsupko

Sworn before me this _7_ day of _February 2013_

Notary Public

YANA SOBOLEV
Notary Public, State of New York
No. 01SO6253032
Qualified in Kings County
Commission Expires Dec. 19, 20_15_



Награждают Чарльза Хайнса, слева – Стивен Мельник



В центре – Стивен Симбровиц и Джон Лисянский



# Charles Hynes Awarded by Russian Lawyers who bring him bribe from Mafia for 22 years

My children **Maria** and **Kirill** became poor, because **Brooklyn DA - Charles Hynes** took bribe from Lawyers **Eugene Tsyngauz** and **Olga Suslova**. We, **Jewish family**, lost all: *house, accounts* in *bank*; my business *reputation was broken*, because racket from **Russian Mafia**. Everything became ownership of **Mark** and **Marina Kogan**; **Ellen Kliger** and **Vladimir Borman**. FBI- NY Assistant Director **George Venizelos** cover up all **Russian Gangsters** and **Criminal Politicians**.

**TRANSLATION**
(from Russian into English)

---

**Testimony Hotel**

Jabbar Collins' lawyer filed a lawsuit on Wednesday, which alleges that the tactics of compelling witness testimonies which clearly violated the constitutional norms were part of widespread practice in the office of Brooklyn District Attorney Charles Hynes

We'll remind you that on March 13, 1995 the 22 year old Jabbar Collins, a father of three children, was convicted of a 1994 murder of Abraham Pollack, a father of nine children, and sentenced to a prison term of 34 years.

Collins studied state and federal law while in prison and filed countless requests. He was very well prepared despite having dropped out of school after tenth grade. He filed an appeal when he was denied information, and, as a result, obtained testimonies not previously presented, which were very useful in his defense. Three witnesses who helped put Collins behind bars later retracted their testimonies.

One of them, Angel Santos, later told a federal judge that when he tried to change his testimony, investigator Michael Vecchione, Hynes' "head of racket service", started threatening him. "He told me that he could hit me with a coffee table or put me in jail for a few years for false testimony".



(Photo: Charles Hynes)

The second one, Edwin Oliva, was coerced to become a witness for the prosecution and locked up in prison in Ulster. "He was told that he would remain in the state prison until he chose to "cooperate" with the District Attorney's Office", the lawsuit states.

Collins and his lawyer Joel Rudin built the wrongful imprisonment suit, which eventually helped secure his release, step by step. He was able to leave the prison only in 2010, after a federal judge acknowledged a range of violations in his case, committed by Hynes' office.

It is important to note that Hynes still holds the same office, that is, the charge is related not only to "water under the bridge", but to current practices as well.

"Hynes practically created a private jail system where witnesses were illegally interrogated and forcibly detained indefinitely," the lawsuit states, "The investigators were taught to bring new materials in the case to the District Attorney's Office instead of the court".

**Mark Vitkovskiy**

Advertising 718.303.8855 www.ReporterRu.com №527, May 14, 2013

---

STATE OF NEW YORK, COUNTY OF KINGS, SS:

I, Alexander Tsupko, being duly sworn state and depose the following:

I hereby certify that I translated this document from Russian into English. This translation is accurate and complete. I further certify that I am fully competent to translate from Russian into English.

_____
Alexander Tsupko

Sworn before me this _2_ day of _july_ _20/3_

_____
Notary Public

YANA SOBOLEV
Notary Public, State of New York
No. 01SO6253032
Qualified in Kings County
Commission Expires Dec. 19, 20_15_

# Гостиница для показаний

Адвокат Джаббара Коллинза подал в среду судебный иск, в котором утверждается, что тактика принуждения свидетелей с явным нарушением конституционных норм была частью широко распространенной практики в офисе окружного прокурора Бруклина Чарльза Хайнса.

Напомним, что 13 марта 1995 года 22-летний Джаббар Коллинз, отец троих детей, был осужден за убийство в 1994 году бруклинского раввина Абрахама Поллака, отца девяти детей, и приговорен к 34 годам лишения свободы.

В тюрьме Коллинз изучал федеральные законы и законы штата и подавал бесчисленные запросы. Он подготовился очень солидно, несмотря на то, что бросил школу после 10 класса. Он подал апелляцию, когда ему отказали в информации, и в итоге получил не представленные ранее свидетельства, которые очень приводились ему в защите. Три свидетеля, которые помогли засадить Коллинза за решетку, позже отказались от своих слов.

Один из них, Ангел Сантос, позже сказал федеральному судье, что когда он попытался изменить по-



Чарльз Хайнс

казания, следователь Майкл Веччионе, «начальник службы рэкета», при Хайнсе, стал угрожать ему. «Он сказал мне, что может ударить меня по голове журнальным столиком или засадить меня в тюрьму на несколько лет за дачу ложных показаний».

Второй, Эдвин Олива, был принужден выступить свидетелем обвинения и запер в тюрьме в Ольстере. «Ему сообщили, что он будет оставаться в тюрьме штата, пока не согласится «сотрудничать» - говорится в тексте иска.

Коллинз и его адвокат, Джоэль Рудин, шаг за шагом выстраивали дело по поводу незаконного заключения, которое в итоге помогло добиться освобождения. Лишь в 2010 году он смог выйти на свободу, после того как федеральный судья признал ряд нарушений в его деле, допущенных офисом Хайнса.

Важно, что Хайнс до сих пор занимает ту же должность — то есть обвинение относится не только к «делам давно минувших дней», но и к ныне существующей практике.

«Хайнс фактически создал частную систему тюрем, где свидетелей незаконно денаршивали и насильственно удерживали на неопределенный срок, - говорится в иске. Следователей приучали, что свежие материалы по делу нужно нести не в

**Марк ВИТКОВСКИЙ**



# ABE GEORGE
## FOR BROOKLYN D.A. 2013

Support Abe

HOME    ABOUT ABE    ISSUES    IDEAS    NEWS    TAKE ACTION ˅    CONTACT    **DONATE**

# Welcome

My name is Abe George. For the last 8 years, I served this city as an Assistant District Attorney at the Manhattan District Attorney's Office. As a native son of Brooklyn, I decided to leave that job in July of 2012 because I could no longer stand by and watch the current Brooklyn District Attorney continue to place his own political interests above fighting crime and securing justice on behalf of the people of Brooklyn.

After more than two decades of the same stagnant leadership, it is time for a change. I have a vision to reinvigorate and modernize the Brooklyn District Attorney's Office, to enable the office to effectively fight crime in the 21st century. As Brooklyn District Attorney, I will seek to restore the faith of Brooklyn's citizens that their District Attorney's sole focus is to pursue justice and bring down crime, and not to play politics with people's lives.

# About Abe

Abe George is a first-generation American, whose parents grew up in India in poverty. His parents came to the United States in the 1970's because they, like countless other immigrants before them, wanted their children to have a better life. His parents were the first in their respective families not only to make it past middle school, but to become college graduates. His parents both worked at Coney Island Hospital, his mother as a nurse for more than thirty years, and his late father as a Hospital Care Investigator for almost two decades. His parents first settled in East New York; through hard work and savings, they were able to purchase a home in Sheepshead Bay, blocks away from the neighborhoods of Gravesend and Coney Island, where Abe spent most of his childhood. Read more →

# Read Abe's Op-Ed on Political Corruption in Brooklyn

## "A Scandal Grows in Brooklyn" –– the Problem When a D.A. Plays Politics
Sep 28, 2012

Via The Huffington Post: In 2011, when Brooklyn District Attorney Charles Hynes stated "Vito is a good guy," it was clear to the people of Brooklyn that their district attorney would never investigate any corruption regarding Lopez. The press shifted their hopes to District Leader Lincoln Restler as the knight in shining armor who...
Read more →

# Read Abe's Op-Ed on Identity Theft and Cybercrime in Brooklyn

**Announcements:**
Click here to sign our petition to decriminalize marijuana.

**Upcoming Events:**
Click here for info regarding the next fundraising event (Jan 10 @ The Cutting Room)

Follow @abegeorge2013    200 followers

## TWITTER


**abegeorge2013** My newest supporter, Frenchie, is 72 years old, and has been operating "Frenchie's Gym" since 1976. Like the... fb.me/1j7pKtOpf
21 hours ago · reply · retweet · favorite


**abegeorge2013** Cuomo pushing hard for stronger gun control in NYS but the Feds need to act as well. fb.me/1RWKm8rLU
2 days ago · reply · retweet · favorite


**abegeorge2013** I hope you can join us for our last fundraiser before our first financial disclosure is due this Thursday at... fb.me/289SHGCvx
2 days ago · reply · retweet · favorite


**abegeorge2013** I hope you can join us for our last fundraiser before our

Join the conversation



# ABE GEORGE

Email address    **Support Abe**

or sign in with Facebook, Twitter or email.

| HOME | ABOUT ABE | ISSUES | IDEAS | NEWS | TAKE ACTION ˅ | CONTACT | DONATE |

Home → NEWS →

## Brooklyn Is Behind the Times in Fighting Identity Theft and Cybercrime

*Posted by Abe George* *jap* *on August 27, 2012*

*Via The Huffington Post:* What is a cybercrime lab? Well, you might have heard that the Manhattan District Attorney's office obtained one, at a cost of $4.2 million awarded from the city. It will be used to assist the already existing identity theft and cybercrime unit of the New York County District Attorney's office, where a group of specialized prosecutors and forensic analysts investigate crimes of identity theft and fraud.

Why should you care? Because the Brooklyn District Attorney's office not only has no cybercrime lab, it has no dedicated identity theft unit at all.

While law enforcement officials and prosecutors around the country have been gearing up to battle the growing epidemic of identity theft-related crimes, I fear that Brooklyn is lagging behind, and here's why.

If you have not been a victim of identity theft, I bet you know someone who has. Identity theft is the nation's fastest growing crime, and Brooklyn has felt the pain.

Earlier this year, 28 people were caught and prosecuted for running an identity theft ring based in Brooklyn. The only problem is that they were found and prosecuted by the District Attorney in Manhattan, not Brooklyn.

Why is it that we have to rely on Manhattan to clean up Brooklyn's mess?

We should be thankful that prosecutors from across the river came to our aid last spring, but it is undoubtedly a problem when the incumbent district attorney, Charles Hynes, still lacks the initiative or expertise to handle these types of cases right here in Brooklyn.

I am troubled when law enforcement officials tell me, as I have heard first-hand, that they avoid bringing identity theft investigations to the Brooklyn District Attorney's office because the office lacks the resources to properly pick through bank records, trace stolen bank accounts and navigate the complex area of applicable laws.

As a former prosecutor who has prosecuted identity theft cases, I know these investigations are often time and labor intensive while demanding a specialized level of expertise. So while Manhattan readies its multi-million dollar cybercrime lab, it leaves me to wonder whether the reason Manhattan has one, and Brooklyn does not, is that the Manhattan DA simply had the initiative and foresight to ask.

We need to be concerned that without a dedicated identity theft unit, the Brooklyn DA is failing to arm his prosecutors with the most effective and advanced tools to take on the most widespread crimes of a modern age.

Read the original article here

Graphics By Jenine Zimmers

Sign in with Facebook, Twitter or email.

Created with NationBuilder

GET SPINNAKR



**ABE GEORGE**

Email address    Support Abe

or sign in with Facebook, Twitter or email.

| HOME | ABOUT ABE | ISSUES | IDEAS | NEWS | TAKE ACTION ∨ | CONTACT | **DONATE** |

Home → NEWS →

## "A Scandal Grows in Brooklyn" -- the Problem When a D.A. Plays Politics

*Posted by Abe George* 24hr *on September 28, 2012*

*Via The Huffington Post:* In 2011, when Brooklyn District Attorney Charles Hynes stated "Vito is a good guy," it was clear to the people of Brooklyn that their district attorney would never investigate any corruption regarding Lopez.

The press shifted their hopes to District Leader Lincoln Restler as the knight in shining armor who would battle the Lopez political machine. People felt that their hopes were dashed as preliminary results show that Lincoln might have lost in a closely contested race, but corruption isn't fought by district leaders. That job rests with one person, Charles J. Hynes.

"Vitogate" all could have been avoided if D.A. Hynes had been doing his job.

It goes unsaid that to run for district attorney you must engage in political activities. But unlike most elected positions, your political hat must be removed once you're on the job. One of the district attorney's roles is to prosecute political corruption, which means maintaining an arm's-length relationship with politicians and party bosses.

Throughout his 22-year career as district attorney, Charles Hynes has never taken off his political fedora. Instead, Hynes has developed cozy relationships with those who could help him politically, including Vito Lopez.

When the Lopez scandal erupted, Hynes side-stepped instead of taking action, and asked the court to appoint another prosecutor to handle the case in his place. The sole reason he cited for his recusal was that he had received political support from Lopez in his campaigns for district attorney. But clearly, there was more to Hynes' relationship with Lopez which rendered Hynes unable or unwilling to do his job than just some prior political support. How do we know?

Almost a decade ago, Hynes investigated and prosecuted Lopez's predecessor, Brooklyn Democratic boss Clarence Norman, trying Norman four separate times, even though Norman supported Hynes multiple times in his races for attorney general, governor and district attorney.

Welcome to the inconsistent politically infused style of prosecution that has defined Hynes' legacy as Brooklyn district attorney.

This is not the first time that Hynes has permitted his prosecutorial discretion to give way to his self-serving quest to retain the position he has held since the Cold War. In 2001, when Judge John L. Phillips decided to run against Hynes, D.A. Hynes used the courts to have Judge Phillipsdeclared mentally incompetent. In 2003, when civil rights attorney Sandra Roper was preparing to run against Hynes for the second time, she found herself subject to felony criminal chargesinitiated by Hynes' Office.

So it is not surprising that Hynes, who had two chances to investigate his political confederate Vito Lopez before 2012, turned a blind eye.

In 2005, the Brooklyn D.A. refused to investigate a complaint from community leaders that alleged Lopez was voting from a sham address in Brooklyn while he was living in Queens. Conveniently, Hynes prosecuted John O'Hara for similar charges in three separate trials in the late 1990s after O'Hara ran against a political ally of Hynes.

In 2010, Hynes recused himself from a New York City Department of Investigation probe into Lopez's Ridgewood Bushwick senior center, which revealed that Lopez's girlfriend and campaign treasurer were receiving a combined salary of over a million dollars.

Earlier this year, Hynes came under fire when the media exposed his policy of not disclosing the names of pedophile defendants from Brooklyn's ultra-Orthodox community. This aberrant position, which sent shockwaves throughout the law enforcement community, shields pedophiles while sacrificing children. This position was clearly motivated by Hynes' desire to appease the powerful rabbinical figures who delivered a much-needed voting block for Hynes.

As a former prosecutor, I have seen first-hand the critical importance of pursuing justice with no regard for special interests. That is because a district attorney should never play politics with people's lives. Mr. Hynes clearly thinks differently. As a result, the virus that began with Lopez in Bushwick has now spread to Albany.

So goes Lopez, so should Hynes.

Read the original article here

Graphics By Jenine Zimmers

# ANTI-SEMITIC CRIME.

# PUT CRIMINALS TO JAIL.

§1.  In 2000, FBI Director - Louis Freeh said that Russian Mafia in Brooklyn is the most Criminal Group to USA security, steal annually over $50 Billions! from American people. All criminal schemas generated in Brooklyn and spread around country. In February 27, 2013 were arrested Layers and Doctors, who peal **$400** Millions of our money on auto insurance no- fault in **Brooklyn.**

§2.  Assistant of AG NYS Eliot Spitzer - Mark Peters said that Politically Corrupted Brooklyn Judges do not afraid to take bribe from Lawyers, who represent Russian Mafia, because Hynes protection.

§3.  Brooklyn DA Charles Hynes, together with NYPD Commissioner Raymond Kelly fabricated criminal case <u># 2006KN003873</u> against me on *01/17/2006.* Than Hynes and Kelly take Millions Dollar bribe from Anti-Semitic, Racist, Fascist and Saudi Terrorist - <u>Mayor Bloomberg</u> who was on top of Russian and Italian Mafia Organization of Mark Kogan and Vladimir Borman. All Terroristic Organizations funded by Bloomberg from his offshore investments, also on this money bought everybody in NY and DC. Under Bloomberg pressure on Prosecutors and Judges I was sued over 3 years for nothing.

§4.  Congressman Anthony D. Weiner called situation - Political Scandal in New York. This Scandal and Corruption involved Corrupted Gangsters, whom media even called Ruts, Prosecutors: Charles Hynes, Benton Campbel, Preet Bharara; NYS AG Andrew Cuomo (his successor Eric Schneiderman); Brooklyn Judges and Mayor Bloomberg. Anti-Semitic FBI NY Director – George Venizelos cover NY criminals.

§5.  My Grand Father, rabbi Shaya Yakov Shlemovich was killed in 1941 on Ukraine by Nazis. I'm, Yakov Orthodox Jew and grandson was killing in New York beating and interrogating for 52 hours, because Anti-Semitic Brooklyn DA Charles Hynes fabricated two criminal cases under FBI coverage. I was left in cell without medicine and medical assistance, surviving by God help. My children Maria and Kirill are under permanent danger and threat to be killed. We all lost house, accounts in bank, because racket from Russian Mafia - Mark, and Marina Kogan; Ellen Kliger and Vladimir Borman make my family poor, still our family house and brake reputation. Bankers Aldo G. Frustaci, Sal Cefalu, other Italian Mobsters.

§6.  In June 15, 2011, Four Federal Marshals at 6:45 am run to my apartment and put 4 loaded guns to my head, warning from suing NYPD and Commissioner Raymond Kelly. Marshals sent by corrupted Brooklyn Chief Judge Carole Bagel Amon.

§7.  Russian Mafia steal annually $50 Billion and Congress need $110 Billion <u>tax hike</u> to avoid sequester = budget cut.

---

**If none of this is true, I am ready to serve 2 lifetimes in Prison**

# Website: <u>www.yakov-slepoy.com</u>

**Yakov Slepoy**

**Rudolph Giuliani**
"Bracewell & Giuliani LLP"
1251 Ave of the Americas, 49th Fl
New York, New York 10020

**August 21, 2013**

==========================
Copies - **(Delivery by certified mail)**

| **V. Putin - President** of **Russia**<br>The Kremlin<br>23 V ILinka Street<br>Moscow, Russia 103132 | **President Obama**<br>The White House<br>1600 Pennsylvania Av; NW<br>Washington DC 20500 | **Chris Christie**<br>**State** of **NJ Governor**<br>PO Box 001<br>Trenton, NJ 08625 |
|---|---|---|
| **Michael Walsh - Journalist**<br>New York Post<br>1211 Ave of the Americas<br>New York, NY 10036 | **James Rosen**<br>c/o Fox News Channel<br>400 N Capitol St NW, #550<br>Washington, DC 20001 | **Bill O'Reilly**<br>*FOX NEWS*<br>1211 Ave of Americas<br>New York, NY 10036 |

From: **Yakov Slepoy**
2006 Benson Ave, Apt. 1-E
Brooklyn, NY 11214.

# Italian & Russian Mafia against America

**§1.  July 07 2013 Giuliani** testified on **Capitol Hill** to **"House Homeland Security Committee"**; **Homeland Security Secretary – Napolitano** cover **Italian Mafia** and after this will resign. **Giuliani** claimed **FBI** failure to inform metropolitan cities **Police** on terrorist treats. Obviously, FBI is the most criminal Agency in **Intelligent Community** (IC). **Administration** cautious on potential Islamic terror and political correctness hurts nation. Different mindset might prevent **Boston Marathon** bombings.

   In **2000 Assistant US AG - Eric Holder** and **"Queen of Corruption"** - **Hillary Clinton** took bribes from **War Criminal Marc Rich**, pardoned by **President Clinton**. Marc gave **Bill** gift - golden plated **saxophone**. (Explicit details in letter from "**July 26,2012**"and Web**6). **Giuliani** want **Rich** to pay taxes, instead of imprisonment. **Hillary** returns for **Secretary** of **State** Duties with **$21 Million**; **Holder** recommended **Rich's** pardon and took **$11 Million**. Former **Secretary** of **State – H. Clinton** hiding in secured mansion, promising publish book in **Aug. 2013** → **"Real Obama and his Administration"**. <u>Willing</u> and <u>doing</u> are different substances.

**§2.  About Democracy: Giuliani** claims, that **Russian President Putin** force creation of nuclear bombs for testing. **IC** knows that nuclear bombs tested by **USA** against Japanese Cities **Hiroshima** and **Nagasaki** in **August 06** and **09, 1945.**
   **President Carter** said that after **Clinton US** violate **10 Constitutional Human Rights Declarations**, adopted in 1948. Country ruled by **Bloomberg** bribered **IC** people - in **DC** and **NY** and no **Democracy** seen. **June 05, 2012, Michael Rombom** and I came to **"The City** of **NY Commission** of **Human Rights"** - *40 Rector Street, Manhattan*. I explain to **Attorney Sally Woo** my human rights violations. After meeting with her boss **Woo** told that my problems cannot be solved here, because Politicians, like **Bloomberg** will block it. **Journalists** interested on **Political Scandal** issues, loosing braveness, when mentioned **Fascist Bloomberg** or **Corrupt Hillary Clinton** names. **Bill O' Reilly** got many times my documents on Corrupt **Politicians**, including **Obama**. He decides to avoid **"sharp"** subjects - this "fighter" stopped by **Bloomberg**. **Democracy** exists in **Russia** under talented Leadership of **Patriots: President Vladimir Putin** and **Prime-Minister Dmitry Medvedev**. Putin deserve erection of **Memorial** in **Poklonnaya Gora, Moscow.**

**Yakov Slepoy**

**Federation Consul General** to **NY - Igor L. Golubovsky** and **Ambassador** to **United Nations – Vitaly Churkin,** dancing and singing on parties in expensive "**Plaza Hotel**" (Manhattan) "with "self-promoted" **Politics, Criminals, Community Leaders** and **Businessmen. Russian Ambassador** in **Washington - Sergey Kisliak** not represents compatriots. I get to **DC** from **NY** to meet him or his **Assistants. Embassy** workers did tricks on me - **Russian Citizen:** "You have to set appointment (wait 1- 2- 3 months)"; "prove - you have important documents for **Ambassador**"… I met **Igor Boldyrev,** who took documents for **President** without enthusiasm.

  **Hillary Clinton** paid **$7Million** taxpayers money to get in **USA Victor Bout,** arrested in **Bangkok (Thailand). Mueller** and **Homeland Security Secretary - Chertoff** went to negotiate details. **Bout** charged by **US Justice Dept** with "conspiracy to provide material support or resources to a designated foreign Terrorist group, conspiring to kill American officers or employees and acquire and use an anti-aircraft missile". Scammer and financial beggar, not arms dealer - worth **2 years** in prison. **Bout** got verdict **April 05 2012** from talented **Judge Shira A. Scheindlin** - United States District Court for Southern District of New York. I was few times on hearings: **Prosecution** flailed to show any clear evidence. On screen everybody can see cross outs documents - **illegal** for **Court** hearings. **Decision** is a result of pressure on **Judge** from **Chief Court Judge - Preska, Manhattan US Attorney - Preet Bharara** and **FBI-NY Assistant Director - Janice Fedarcyk.** Intermissions used to manipulate Jurors mind. Russia **Ministry** of **Foreign Affairs** stated: "**Bout** sentence is a **Political Order**". **Defense** was poor. In Court persons from Russian Consulate dressed and looks like factory workers; unsupported Bouts wife **Alla** was helpless and lost. I propose my help to find Lawyers, better than weak and useless **Bukharian "shmootz"** - defense attorney **Albert Y. Dayan.** Bout does not have to meet clients, shoving weapon menus on his personal laptop - if he is **top businessman.**
  **Russian Citizen - Pilot Constantin Yaroshenko** arrested May 28, 2010 in **Liberian** capital **Monrovia -** serious violation of **International Law** by **American Government.** No reasons arrest - instigation; nothing to add. Previously his phone conversation monitored by Americans in independent Ukraine ("**Is it legal?**") Helpless guy cannot get Lawyer, nor buy airplane. On newspapers photos he cannot get off bus without help - beaten, physically and moral abused. Same as I was, **beaten** and **interrogated** during **52 hours** by "Very Democratic Oriented NYC Policemen".

**§3.  09/11/2001 Attack** preparation began on time of **Clinton** and **FBI Director Louis Freeh** time; accomplished by **Freeh** successor - **Mueller.** Terrorist pilots in **US Aviation Schools** get simplified flying classes - no departure or landings learn. After **May 05, 2011,** media report that **Obama** destroy Terrorist **al-Qaeda Leader Osama bin Laden. 09/11** planed and made on **Saudi** money - **Osama** has nothing to do with. **The Clinton, Mueller,** later **Holder** got hundreds **Million** dirty **Saud dollars. Obama** left Mueller for **2 more years** in Office to **avoid investigations,** knowing truth. How many **$Millions FBI Director** got from **Saudis? 09/11 Attack** plus **Iraqi** weapons - fictitious reasons for **Administration,** Oil-sniffing **President George W. Bush** and **Vice - President Richard Cheney** to start war, stretching hands to **Iraq Oil. H. Clinton** and **Senator John McCain - "Hawks",** demanding **war. Iraq,** blamed to "received them and returned" to **Russia** never got bio-weapons. Satellite photo, mid - 90th shown **Zagorsk-6** - Russian main and biggest "Biological Research Center". **IC** knows who get and hold it, see Web** 3. **Manhattan DA - Giuliani** prosecute criminals; clean City from prostitutes, smash **Wall Street** fraudulent, but do not touch **Russian Jewish Mafia** in **Brooklyn** – bunch of biggest Criminal Organizations in America. All crime schemas generated in **Brooklyn** and spread around country.
  When **Giuliani Mayor,** security stopped **Terrorist #1 Arafat,** who came with **UN** gests to concert in **Lincoln Art Center.** This cost future disappointment of **Hillary Clinton** and **Democrats,** who hate

**Yakov Slepoy**

3

**Israel** and **Jews. (Arafat** insulate in **Ramalah,** get instigating guest - future **Senator** of **NYS – H. Clinton,** who demand freedom for **War Criminal Arafat,** was hugging and kissing with his American wife **– Shuha).**

Survivors of **World Trade Center Attack** get home through **Brooklyn Bridge;** pass organized by **Patriot Giuliani** and save thousands of lives. Rudy stopped from going to falling **Towers,** where he sent hundreds of **Policemen** and **Fire Fighters.** Then **Giuliani** spent sleepless nights in Office to restore NYC from Terrorists Attacks. After Mayors term, he join Law Firm *"Bracewell & Giuliani LLP",* deserving 3rd Mayors Term, compare to **Bloomberg,** who bought position 3 times; last bribery **$104 Million.** People with **Law Shield** reject **Giuliani** 3rd Term. Same people gave **Bloomberg "green light"** for his **"green bucks".** In '08 Election, to pull out **Giuliani** from the race, front pages tandem of liberal *"The New York Times"* and *"Daily News"* attack **Rudy** with "sensations" about *"Bracewell & Giuliani LLP"* consulting routine, criticize team of professionals: former **Manhattan DA – Marc L. Mukasey, Robert Clark** – director of big Trust company and other.

"**Sep. 11 Hero"** was forgotten until Rudy's daughter, child of well-off parents, forgot pay **$100** shopping in Department store **(Madison Ave,** Manhattan). Comedian **Bloomberg** call **Giuliani** with support; next moment papers start big scandal on front pages. Media prove "who pay for the music."

Italians not practice disloyalty. **Gaetano Molinari** - Staten Island (NY) Borough President retaliates in Giuliani defense:"In 2001, **Rudy** support **Bloomberg,** and then was stubbed. We **Italians** and who is …**Bloomberg** (no names for political correctness)". Proper to say - **Bloomberg** - **Fascist** and **#1 - Political Terrorist,** together with marionette **NYPD Commissioner Ray Kelly,** who is flying on Mayor's **"Boeing",** took bribe and works for **Bloomberg.** They both deserve **- 300** years in **Federal Prison** because: - Used **Sheppard** dogs on *Flatbush Ave Demonstrators* - **Police** and Fire Fighters;- Searching thousands of people on the Streets…

**FBI,** Clinton-Bloomberg hold **Giuliani,** for Bill road to **White House** was clean. Having tape on *Italians adventures in Russia,* **Kogan** and **Criminals** ignore **FBI** and **CIA.**

**Bloomberg** was bad Mayor. On **Race'08,** as **Independent Candidate** he went to **Brighton Beach - Brooklyn** for supporters. He appears on **Night Club "National"** to encourage **Russian Speaking Racists: Doctors, Lawyers** and **Businessmen** to continue stilling money, if they support him. With Mayor mostly seen *"24 year hard money collector"* **Brooklyn DA – Hynes, Criminal #1** in US. He is **God Father** of **Italian** and **Russian Jew Criminals,** who devastate America. On **Brighton Beach** Hynes agitate to vote for him; then in exchange take annual rewards and bribes from **Russian speaking Mafia - Banks** and **Mortgage Bankers.** Every week Hynes appears with his legal advice program in Russian radio **"Davidzon"** of **Gregory Davidzon** - one of mentioned criminals. **Hynes** created **Private Jail System,** where witnesses illegally interrogated on fabricated cases; now known about 50 cases, when innocent persons stay imprisoned over 20 years.

- **Attorney Mark Bederow** claims, **Brooklyn DA Charles Hynes' Office** coached a witness to implicate his client in an armed robbery and fudged evidence in prosecuting the case.
- **DA Charles Hynes** running a **corrupt office** – challenger Manhattan prosecutor **Abe George** claims.
- **July 18, 2012, Eli Rosenberg** (tel.718) 260-2531) of *Brooklyn Paper* posted that **Brooklyn DA Charles Hynes** *runs politically corrupt ship that needs to be cleaned* 'from stem to stern'.

**Bloomberg** get assets **$3.5Billion,** when step to **City Hall;** now **$27Billion** plus unknown **off-shores** amount. Descent **servant** is working annually for **$1!** He has **money** to bye **voices.** With Bloomberg/ Hynes help **Russian Mafia** steal annually over **$50 Billions!** On one **President** Cadence **Government** "lost" more than **$200 Billions!** Feb. 2013 President begging **Congress** for **$110 Billion** tax hike to avoid **sequester** (budget reduction and job cuts) for **Fire**

4

**Yakov Slepoy**

**Fighters**, **Police** and other **Federal Employees**, who with their families became hostages of <u>Obama Finance Ignorance</u>! Not only **"Federates"**- <u>hostages we all</u> → Country! FBI/NY Director Assistant - marionette **Venizelos** came from **Giuliani nest** and pushed to position by **FBI Director Mueller**. On his book **"Ballyhoo"** former NYC Mayor - **Ed Koch** said, that Bloomberg was going to spent about **$800 Million** of his money for **2008 Election**. Understandable - Bloomberg <u>was and is etching</u> to occupy nice residency at **"1600 Pennsylvania Ave"**.

**§ 4.** **Rudy** has to know → **President Clinton** order FBI to destroy him. My friend **Kogan** problems made him FBI informer, passed as ball from **Director Freeh** to **Mueller**.

By **Giuliani Obama** get bad economy and financial crisis from **President Clinton**. Not true; **roots** going to Rudy friends - Criminal **Italian** and **Russian Jewish Mafia**.

Operation to create a **political discrediting** on **Giuliani** began in **1999**, when **Mark Kogan** was 'recommended' by FBI to **"Alliance Mortgage Banking"** at *8008 20th Ave; Brooklyn, NY 11214*. Same place was office of **Attorney Aldo Frustacci**. Mark spoke about hunting or fishing, Aldo told this his Italian friends **Sal Cefalu** and NYPD 3-Star- General **Michael Scagnelli**, who invite Italians and Kogan brothers to **Moscow** business conference. **Cefalu**, **Scagnelli** and **Frustacci** are **Giuliani** friends. In classified **Altai, Russia** forest farm **"Artabash"**, they drink vodka, hunting and spent time with young prostitutes. Mark recorded everything and told brother: **"They *will work for my bosses"*.** Back to America, **Frustacci** filed trapped, because **Kogan** made other to believe, that all 3 recruited to be **FBI Agents** and sent **"Alliance"** out of his commercial building, they move to **715 Ave U, Brooklyn, NY 11235.**

I land money to **Mark Kogan**, when he and few partners organize Legal Office **"All American Mortgage Bankers"**. In 2003 criminals from **"All American"** finance and open **"National Debt Service LLC"** at *2653 Coney Island Ave, Brooklyn*. Mark lures me there n 2005, I came by his invitation. On 2nd fl. Kogan introduced me to **Office Manager - Bukharin Jew**. At that time I had delay payments on 2 **"Citi" Bank** credit cards. Mark proposes settlement with Bank and asks for **$2,000** service charge for help. There works <u>13 **"Financial Specialists"**</u> on nothing to do with Law, but **Mortgage Fraud, Money Laundering, Credit History Clean** or other **financial** and **mortgage fraud.** They serve <u>Lawyers, Doctors, Mortgage Brokers and many Banks</u>. Marks affair made huge financial damage on **Millions dollar;** "**Alliance Mortgage Banking Corp**" with about **200 Offices** was crushed. That and many other banks were bankrupted by **"National Debt Service LLC"**.

After previous phone conversation, **Kogan** invited me to return debt - many times I land money to **Mark** and his brother - **Michael Kogan**. Mark organized scandal and **June 13, 2005**, at **12:40 PM** I was arrest in office at *7203 13th Avenue; Brooklyn, NY 11228* for alleged menacing of Mark **Kogan** and his family in **Moscow**. I came to **1st floor** of so called **Legal Office** (opened on **my** and other people money) expecting get money back - debt of several thousand dollars. I came with gravity knife, because <u>Mark always had loaded rifles and guns</u> in <u>Office</u>, <u>car</u>, at <u>home</u>. **Mark** proposed me **$180** and called **Police**, who arrived about **12:40 p.m.** Mark states that I insult him, playing audio record of recent conversation in Russian language (he is often recording events). My arrest was step for Mark to became owner of our family house, using criminal schema of his **Financial Terrorist Organization**; money where never returned to me. 2 White **Policemen** similar age each, refuse to hear taping in Russian, but Mark insist and proposed to translate. Officer **Michael Sagnelli** (shield # **17292**), from **68 Police Precinct** 'read' situation and recommended **Kogan** pay me immediately and all money, based on audio record and our explanations; aiming to send me home. **Kogan** was shouting with threats, that he will be complaining <u>over the Police bosses</u> (Kogan said - **"my people"**). So, I was arrested and taken to **68 PCT**. Police made a report, money counted, collect and indorsed (registered and submitted) to protocol. In few hours, I was brought by Police to **Court** to testify in front of **Judge** and **Staff**

**Yakov Slepoy**                                                             5

**Attorney - William D. Boggs,** who briefly explain to **Judge** Situation. I was free to go and Attorney recommends me next morning to make complain about Kogan in Police. (Details of this accident available upon request from my letters; complaint was accomplished). From **2005** till now I am sure, that **68 Police Precinct** is the best **Police Unit** in **NYPD.**

**Again,** not only **President Clinton,** mostly **Economical Terrorists,** many of whom you **Mr. Giuliani** know, bring our **Economy, America** and actually whole **World;** this, what let all of us **down.**

**NYC Comptroller - John C. Liu** hiding behind **NYS AG;** many times he gets my documents about **mortgage fraud** by mail or from Assistant - **Ari Kogan,** who wants to switch from local journalist to high salary of **City Council.** For **20** years of Brooklyn residency, Koran's resume is white piece of paper – no achievements, just small articles in Boulevard press. When in **Office** of **Comptroller,** both heroes do not show up at work, but seen on political events for public relations. Organizations obligated to deal with <u>money fraud</u>: **FBI, US Secret Service; NYS AG; Homeland Securities; NYS Governor** – have Offices in NYC. **Comptroller Office** dedicated directly to illegal money operations, but **Mr. Liu** keeping my documents. Liu and his **Assistants** do not afraid **FBI/NY Ass Dir - Venizelos** or **Manhattan US Attorney - Preet Bharara,** been covered by **Bloomberg** and people bought by him in **DC.**

**§ 5. I apply to CCRB** (Civilian Complaint Review Board) at *40 Rector St, New York, NY* 10006 about Police brutality. Here I get suggestion complain to **Internal Affairs Bureau - 315 Hudson Street.** I gave them documentary, with trusted information on crimes of **NYPD Commissioner – Ray Kelly.** Commissioner put on shame whole **NYPD.** Instigated by **Criminal Bloomberg, Kelly** makes hostages of his crimes **my** and **his family, NYPD,** all **New Yorkers.** A.I.B. Detective - **Adam Pernice** sent my information to FBI, sparking their curiosity. End of **2005,** FBI Agent **Jeff (tel. 212-384-2477)** invited me to **FBI 26 Federal Plaza, 23rd floor,** where I submit documents about criminals and their crimes to few **High Rank FBI** and **CIA Officers;** present was Russian Interpreter. After meeting Jeff told that **Mark** and **Marina Kogan** are innocent people, of coarse - behind them stay three **Fascists: Brooklyn DA- Hynes, NYPD Commissioner - Kelly** and **Bloomberg,** who order fabrication on me criminal case # **2006KN003873.**

**§ 6. NYS AG's & US_SS.** Giuliani best friend **Mario Cuomo** not voted for his son **Andrew,** as candidate for **NYS AG.** To Journalists former **NYS Governor** explained, that he want to know more about his son working performance. NYS Governor – A. Cuomo was **HUD Secretary** and **NYS AG.** When **A. Cuomo** take **HUD Secretary** chair, in **1998** and **1999 Dept** budget deficit became - **$76 Billions,** ("lost" or "missing" or "pealed")! Investigations ended without results; than where strange gifts between **Cuomo** and fin adviser - **Mr. Farkash.** (Attached letter: *"HUD is being run as a Criminal Enterprise"*). That time media called **Andrew Cuomo - Rat!** How much money got same **Rats** as **Cuomo, The Clinton** and **Other** to hide the biggest theft in **World** history and left criminals free? After 5 years of political shadow, **Andrew** became **NYS AG,** nothing changed in his criminal manners and he cover crimes of **Brooklyn DA - Hynes** and **NYPD Commissioner Kelly,** also **take bribes** more **sophisticated way!** Lately **Governor – A. Cuomo** promoted himself as, fighter with **Corruption** and creates **Commission** from Corrupt Criminals, **Fascists Hynes, Kelly** and **Schneiderman,** behind who stay **Fascist Bloomberg. Commission** does racial profiling for **African-Americans** and **Hispanics,** rather getting to criminal Politics. **Andrew Cuomo** has to serve **300 years** in federal prison, not **Presidency '2016.**

6

**Yakov Slepoy**

Now **Fascist NYS AG – Erick Schneiderman** created **Pyramid**, by the words his employees. He bought position for **$3 Million** to Laundry money and covers all Criminals.

**Fascist** BLOOMBERG **Seized Power in Country and Bought Everybody,** Including **US AG** ERICK HOLDER and FBI DIRECTOR – *ROBERT J. MUELLER III, Jr.*

**Anthony Weiner** elected by Americans to **US Congress**. Of three letters to me, one dated **May 03, 2010**. Weiner called situation - "**Political Scandal in New York**". Corruption and Scandal involved **Fascists: Brooklyn DA - Charles Hynes; NYPD Commissioner - Kelly; and Nazi SS - Bloomberg,** who bought **DA** and **Commissioner. Congressman Weiner** request **Robert Mueller** and **Eric Holder** start investigation on cases, fabricated against me. **Bloomberg** gave for this crimes **Mueller** and **Holder** millions dollars bribe. That is why **President Obama** forced **Weiner** to **resign** from **Congress**. Using bribery-monetary relation with **Obama - Criminal Bloomberg**, hire FBI hackers to break Weiner website and sent to him **FBI killers,** which triggered baton and force Congressmen get decision to step down from **Congress.** Congressional representative's photos online was **fake photo-shop** and cheap shot, but **Weiner** "had to accept" his guiltiness and to be secure for his and his wife live**s** to moves from **Queens** to more safe place in **Park Ave South, Manhattan**. It is clear**,** that **Weiner** afraid of pressure by FBI **killers**. It is important to repeat - **President Obama** force **Congressman Antony Weiner** to resign using instigations through FBI Agents.  Analyzing my situation **Congressman** and call it – "**Political Scandal in NY**". **Anthony Weiner** is so afraid on this scandal, which never mentioned about it to media.

When I visit <u>Weiner Election Office</u> at **597 5th Ave, 11th floor;** Manhattan on **August 13, 2013,** former **Congressman** was still scared in front of about 10 members of his **Team** and switched subject of our brief conversation.

(More details of Obama crimes can be seen on my letter "**Impeach Obama** and **suspend Corrupted Criminals**", dated **March 04-05, 2013;** recipients: **John Boehner, Eric Cantor, Barak Obama** and Journalists: **Bill O'Reilly, Jeffrey Goldfarb** and **Bill Sammon)**.

**March 31, 2006** I get letter from **Governor Pataki;** he requested investigations on this criminal case, fabricated by corrupted **Anti-Semitic Brooklyn DA - Charles Hynes** in **January 17, 2006. Charles Hynes and NYPD Commissioner Raymond Kelly** got **millions** of **dollars** from Nazi SS **Michael Bloomberg,** who aimed to be **US President** and fabricate criminal case **#2006KN003873** against me. Case opened by Hynes to cover up **Politically Corrupted Brooklyn Judges,** who took bribe from **Corrupted Lawyers** Scott and **Robin Miller,** also **Josh JFK Sapodin** and other. On trials **Mark Kogan** responded to Judge, calling him-self **Mark Lebon**. Actually **Mark Kogan** was related to crime with his partners: **Anti-Semitic 3-Star-General Michael Scagnelli –  Chief of Transportation; 4-Star-General Joseph J. Esposito – Chief of Department** (both NYPD) and other **Italian Mobsters**.  All people covered by NYPD **Commissioner Raymond Kelly** and Investigations always blocked by him. **Governor** ordered **Neil John Firetog Judge Supreme Court /Criminal Term/** and **eight** of his **Assistants** to made investigations; all Judges ignore Governor and block Investigations. **Scagnelli,** Italian and **Russian Mafia** still work, walk free and do frauds: **Banking, "Clearing Credit History", Insurance, Auto-Accidents, Medicaid** and **Medicare Fraud.** Crimes get around the Country under Hynes protection.

For **3 yrs** and **26 hearings,** I was **sued** for **nothing,** which became clear after cases were dismissed. Taxi **License #460678** was suspended and I cannot work. **Mark Kogan** wants to take my house and in **2005,** forces my ex-wife **Irina** to sale house **$350,000** under market price; with

Lawyers **Suslova** and **Tsyngauz** on his side, House became property of **Ellen Kliger** and **Vladimir Borman,** then **Mark Kogan.** I complaint to **61 Police Precinct** and **01/17/2006** I was wield there. Same year **61 Precinct** was honored by **Fascist Bloomberg** as the best **NYPD Unit.** To keep everything covered **Fascist Bloomberg** paid contribution **Millions** dollar **FBI Director Mueller.**

June 15, 2011, at 6:45 am I open apartment doors on heavy knock, **4** killers in uniform of Federal Court Marshals from **Brooklyn Federal Court** pushed me inside and tell me: "**You are arrested for insult of Federal Judges".** I stretched hands for hand-cuffs and requested **"Order of Arrest",** which they do not have. Marshals leaded by **Deputy US Marshal** - **Melissa Salcedo** (tel. **917-337-4791**; I get name and phone on junk piece of paper, when they were retreated). **Salcedo** asks who else around and I call from the bedroom Landlord - **Natalia Kanevets.** Marshals command me to seat at sofa and targeted to my head **4** loaded guns; warn me to drop cases on suing **NYPD, Commissioner Kelly** and other cases. Marshals demand me to get out of town for two weeks. **Natalia Kanevets** told Marshals, that **Mark Kogan** make me poor and demand to leave Marshals, who came to kill me; for my luck, I had witness, what makes their task impossible.

Howard L. Wexler (tel. 917-841-2155), Attorney at Law from "Herzfield & Rubin P.C.", in presence of my friend **Michael Rombom,** print out and gave me classified documents, which prove a conspiracy of **Lawyers, Judges** and **Brooklyn DA.** Talking about sage of my **house,** Howard said that he knows **Judge Arthur Schack** for 20 years and never suspect him to be so corrupt. Wexler suggested complaining at **FBI** and **Attorney General Offices,** what I did few times.

With **Michael Rombom,** having official documents with us, we visit **Oct. 25, 2012, US_SS** **(United States Secrete Service)** at *335 Adams Street; Brooklyn, NY 11201* (Tel. 718-840-**1000).** They never invite us to **32nd** floor for Office **Managers.** Agents state - their duties to protect **President** and "**First Persons".** Second visit **US_SS** warn - we do not have to come again. **National Security** is not their priority. **June 08, 2012,** I call **Agent Capsel** (tel.718-840-1449) after **2 hours** Agent call and sent me to **FBI,** because supervisors see conflict of interests. I brought documents on **Racket, Economy Terrorism, Social Security Crime,** other **Activities** against **USA** - and get from useless **Agency** Subordination = junk. Web** **2** show what **Agency** capable in:

- *Report **counterfeit money*** *and may be able on complaints about **financial crimes;***
- ***Access device*** *fraud;*
- *Counterfeiting and fraudulent identification;*
- ***Money laundering;***
- ***Telecommunications*** *and computer fraud;*
- ***Benefits*** *and **food stamp fraud.***

§ 6. **Chief Judges** *from* **Federal Courts** are first officials, who **band the Law in NYC.**

Chief Judge Loretta A. Preska **c**losed it with no reason and I have to appeal her decision**.** Obviously, crime of **Judge Amon** wa**s** well covered. **S**ame way she ignored and dismissed (on Bloomberg "suggestion"), case on **80 Pregnant Women,** abused by **Bloomberg Administration o**n their work spots. **C**ase dismissed, despite facts of on duties discrimination. **Bloom** paid **Preska** bribe, as he always do, to remove "no evidence case" from Court Ledger. No doubt, that **Preska c**lose two my cases - **Yakov Slepoy** vs. **NYPD Commissioner Kelly** and **Yakov Slepoy** vs. **Mayor Bloomberg.**

Federal Chief Judge Dennis Jacobs from *US Court of Appeals for the Second Circuit* was last in corruption chain. He covered crime of collogues and continue his own, neglecting

**Yakov Slepoy**                                                    8

my appeals. **Jacobs** with **10 Active Judges** closed 3 cases(:a- vs. Social Security Administration, b- Court Marshals, c- Vladimir Borman & Mark Kogan) and covering **Judges Amon, Preska, Corrupted Brooklyn Judges, DA Hynes;** also **Schneiderman, Bloomberg** and **Cuomo. Politically Corrupted Brooklyn Judges** do not afraid to take bribe from **Lawyers**, who represent **Russian Mafia**, because **Charles Hynes** took more → **Tenths of Million Dollars** in 24 years.

**§ 7. IC Leader - Director** of **National Intelligence Clapper** get bribe from **Fascist Bloomberg** to cover crimes of **Directors** and **H. Clinton**. In 2009 - 2010 I apply to **DNI - Dennis Blair**. **Obama** blockade his initiatives, in respond Blair resign, upset and tiered. Then left **Offices: FBI-NY Assistant Director - _Mark Mershon;_ Federal Attorneys - _Dasin_ and _Campbel._ Clapper** and **Homeland Security Secretary Napolitano** do not work for Country, but Obama. **DNI** protects **Fascist Bloomberg** and **NY Crime Organizations; Corrupt Criminals: US AG - Eric Holder, FBI Director - Mueller. Fascist Bloomberg** bought **Mueller, Holder** and **Clapper** up-to **President Obama**. "Donation bribery" - **$100 Million** done from **Bloomberg** to **Obama; First Lady - Michelle** want split gift of fortune and declare divorce with Layer **Obama**. Because of **Bloomberg Criminal Italian** and **Russian Jewish Gangsters** are free and ignore **FBI**.

**Terrorist Acts** became slightly touched - then **media quickly change topics;** journalists are scary to lost job, life or family members. **FBI** train terrorist to destabilize situation on **Russian Kaukaz** area; "failure" to track **Tamerlan, Tsarnaev's** older brother, who came to native **Dagestan** (area associated with Islamic extremism) for **6 months** last year. Terrorists trained and sent to **Russia** or killed as life targets on the leash to lift Agency image. From **09/11** to **Boston** – everything organized by **Mueller; FBI** used **International "Boston Marathon"** for their unbelievable crimes. Journalist **Michael Snyder** stated - media forced spread lie to all Americans. **Obama Administration** really **chock newspapers** and **elevate censure**. Facts:

- _Athletes were told that simultaneously with Marathon military miners get training. Then security refused to admit military training;_
- _In Olympic Village were people on the roofs and K9 units Police in the streets;_
- _FBI following "slipping group of 12 terrorists", to whom **Tzarnaev** brothers belong. By **Tzarnaev** terrorists mother words - FBI work with them about 5 years;_
- _Bombs were sophisticated, not primitive, as initially informed._ Web**4 stated - **The Tzarnaev** are **double American-Saudi Agents**. Suspects from **Tzarnaev** family frilly fly to **Russia**, why **I C** let it happened – with whose help and under what names they go?

When **Obama** and **Clapper** arrived to **Boston, DNI** immediately state - **Terrorist Act** is evidence of **Domestic Crime** and warned media "don't ventilate situation, we are working…."- **no comments!** Terrorists left country without **Justice**. For harboring terrorists and conspiracy with **FBI**, putting **Israel** to danger of distraction and loyalty to **Saudi Arabia**, who finance the biggest Terrorist Organizations in the World - **Clapper** has to be sued. First articles said about **Saudi Citizen Abdul Rahman Ali Al Harbi**, who was sent out of America, no information can be fined then. This can hide relations - **FBI + Saudi Arabia + Al-Qaeda**. Tasks financed by **Saudis dirty money**.

We just hope that any **FBI Director** will be better, than **Mueller,** who deserve to be executed as at **Medieval** times in front of huge crowd, for his UNTIAMERICAN CRIMES. July 29, 2013, **Senate** has confirmed **James Comey** as the new Director of the **Federal Bureau** of

**Yakov Slepoy**

9

**Investigation** by a 93 to 1 margin. I am with this **one** and **#1** SENATOR - **Sen. Rand Paul (R-KY).** **Giuliani** Protégé, who used to work under him from 1987 to 1993 in **Manhattan DA Office** - James Comey is "**not an achieving person**"....

Currently **Obama** and **Holder** have adopted a **"who, me?"** approach to the scandals - laughably claiming that the first they ever learned of them was when they read about them in the newspapers. **Michael Walsh** from "**New York Post**" published May 2013 articles about **Criminal – US AG Eric Holder.** With **Obama,** he manipulates media and keeps reporters silent.

**Too chutzpah and too late!**

Secret seizure and **monitoring** of **phone records** from **Associated Press** and **Fox News** reporter **James Rosen** - nothing less than thuggish attempts to criminalize the practice of **journalism** - protected by the **US Constitution**. **NSA** and **AG** monitored and recorded phone calls of **Journalists, Congressmen;** everybody, including my-self and yours - **Mr. Giuliani**. I am person with many medical problems, occasionally in need of emergency calls. My telephone not only "on control 24/7", but life-line numbers **311** and **911** are blocked.

By turns: **Holder maudlin /плаксивый/** and **arrogant /высокомерный/** is fixture before congressional investigating committees - fending off one Obama scandal after another, while proclaiming that he - **the nation's top cop - doesn't know anything about anything** and **highly resents** any **implication that he does**.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I understand that any false statements made in this letter are punishable as a Class "A" Misdemeanor under Section 175.830 and/or Section 210.45 of the Penal Law.

If I submit false in my statements, I am ready to serve 10 life terms in Prison with no Pardon action or Amnesty.

<u>Notes</u>:
- This side was many times crashed by **FBI** hackers. Now it's completely updated with **Russian** and **English** versions. All respondents will receive by mail **hard copies** plus **flush drives.**
- \*\* More information on recommend Websites:

**1. www.yakov-slepoy.com;**
**2. www.secretservice.gov/financial_crimesshtml;**
**3. www.youtube.com / in side search - "September 11 Conspiracy"/;**
**4. www.debka.com;**
**5. www.activistpost.com;**
**6. www.judicialwatch.org / in side search: years 2007-2013. "Hillary Clinton"/;**
**7. www.judicialwatch.org /press-room/weekly-updates/08-obama-above-law/.**

Sincerely          *X Slepoy X*          Yakov Slepoy

Notary Public _____ *Jaak Cushing - Savvi* _____

Date _____ *8/20/13* _____

JAAK CUSHING SAVVI
Notary Public - State of New York
NO. 01CU6254748
Qualified in New York County
My Commission Expires 1/13/16

1 | P a g e

Website: www.yakov-slepoy.com.          Y a k o v   S l e p o y

Registered Mail (Personal Delivery)

| President Obama<br>The White House<br>1600 Pennsylvania Av; NW<br>Washington DC 20500 | James Clapper - DNI<br>Office Director National<br>Intelligence<br>Washington, DC 20511 | Janet Napolitano<br>Secretary of U.S. Dept.<br>Homeland Security<br>Washington, D.C. 20528 |
|---|---|---|

From: Yakov Slepoy
2006 Benson Ave, apt 1- E
Brooklyn, NY 11214.
Phone: 347-283-6494;
July 26, 2012

# Bloomberg Seized Power in Country and Bought Everybody.

1.    September 24, 2011, President Clinton told President Obama, that he is worth President in American history. By this Clinton insult elected by nation President. In fact Clinton and his wife Hillary are the most corrupted people in the world history with no conscience. In 2000 my partner in "Petrol Ferrous" (Chicago, IL) - John Vujevich (tel. 708-334-2458) find in London Marc Rich - Owner of "Trafigura Beheer BV" Company to do business with. Rich was FBI most wanted criminal in US, who hides in London (order of his arrest was newer submitted to Interpol). Marc travel to work in Moscow Main Office and around the world. Former FBI Director Louis Freeh and AG Assistant (that time) - Eric Holder, Bill and Hillary Clinton– all took bribe from War Criminal Marc Rich, who finance Iran nuclear program in exchange for cheap oil. Marc Rich pardoned by President Clinton and gave Bill golden saxophone. He paid The Clinton, Holder to be pardoned by President Clinton on his last day in Office on initiative of Holder; then Rich frilly return to US. Clinton family left Washington DC poor. By surprise Hillary return with $21. Millions on Bank Accounts and Holder get $11 Millions. This is not a fat government salaries, but bribery gifts from Marc Rich.

2.   In June 15, 2011 at 6:45 a.m. whole apartment building was wake up by 4 Federal Court Marshals leaded by Deputy US Marshal Melissa Salcedo (tel. 917-337-4791). They furious run to apartment without "Order of Arrest", but told that I'm arrested for assaulting Brooklyn Federal Judges. They were acting against Orthodox Jew like Nazi years ago Fascists Germany. Marshals cover crime of Corrupted Resist, Anti-Semitic Brooklyn DA - Charles Hynes, who take bribes over 18 years; Politically Corrupted Judges, Federal Chief Judge Carol Amon, in conspiracy with her court Judges Bloom and Ross. They came to kill me; for my luck I had witness, which makes their task impossible. Marshals warn me from suing Police, Commissioner Kelly and Mark Kogan Gang; they put 4 loaded guns to my head. Also Marshals demand, that I get out of town for 2 weeks. Mrs. Salcedo was curious, who else is in and I call Landlord Natalia Kanevets from the bedroom. Natalia scream to Marshals, that Mark Kogan make Yakov poor and demand Marshals to immediately leave.

3.   Federal Chief Judge Preska (United States District Court, Southern District of New York 500 Pearl Street, Room 230) cover crimes of Amon, her corrupted collogues and Bloomberg. Preska cover up also crimes of Brooklyn DA - Charles Hynes and Commissioner Kelly. Corrupted

2 | Page

Website: www.yakov-slepoy.com.        Y a k o v   S l e p o y

- **Charles Hynes** and **Political Corrupted Judges** from Brooklyn, who take bribe from Lawyers, representing **Vladimir Borman**, **Ellen Kliger** and **Mark Kogan** from 2006. Behind Brooklyn Federal Judges stay other Brooklyn Politically Corrupted Judges involved in my cases during 7 years; all bought by Bloomberg and covered by **AG – Eric Holder** and **FBI Director – Robert Mueller.** From July 18, 2011 Judge Preska keeps on hold case **#11-civ-5308** :"**Yakov Slepoy vs. Mayor Michael Bloomberg"** and closed many other cases to cover crimes of **Charles Hynes, Commissioner Kelly, NYPD, Social Security Administration, Ellen Kliger , Vladimir Borman and Russian Mafia** against me and my family.

4.  And **Federal Chief Judge Jacobs** from *United States Court of Appeals for the Second Circuit* (40 Foley Square, New York, NY 10007) covering crime of Brooklyn Federal Judges **Carol Amon**, **Judges Bloom and Ross**, doing another crime, because of Bloomberg, who bought everybody especially in New York Courts. Jacobs with his **11 Active Judges** close case against **Social Security Administration** lasted from **December 2008 to 2012.** Only with help of Office of Public Advocate for New York **Bill De Blasio** I get SSI after 4 years, starting **January 01, 2012.** Closing case**#12-1234** Chief Judge Jacobs try to intimidate me and he reject Court jurisdiction on obvious deal, when Criminal Gang Organization still my family house in 2006 at $350,000 under Market Price. Closing this and other cases he is under protection of corrupted Anti-Semitics AG Holder and Director FBI Mueller.

5.  **January 17, 2006**, criminal case (**# 2006 KN 00 3873**) against me w a s fabricated by Brooklyn DA - **Charles Hynes** and Commissioner Kelly in order, pressure and financial Injection o f **Gangster Bloomberg** under protection of FBI Director - **Robert Mueller.** And **Mark Kogan** use situation, forcing my ex-wife to sale our family house **Kogan** became **owner** of the house. **Governor Pataki** and Judges from **Criminal Court** request from **Brooklyn DA Charles Hynes** investigation and telephone bill Subpoena on case from **March 31, 2006**, investigation was blocked by 10 Judges. Criminal Hynes press everybody to continue case, but it was closed after **3 years** and **26 hearings.** Adjournments done according Bloomberg was going to **Presidential Campaign** and necessity to cover espionage of **Commissioner Deputy.** Also to cover crimes of **Anti-Semitics Commissioner Kelly.** After I was lure to 61 Precinct, Police was beating and interrogating me **within 52 hours**; Nitroglycerine (cardiac remedy) and other medicine was taken off in hope that I will die. Same year 61 Precinct was **honored by Mayor Bloomberg** and named **Best Police** precinct in NYPD.

6.  Congressman **Antony D. Weiner** was elected by people and request corrupted **Anti-Semitics** Holder and Mueller to start investigation in my cases. **Weiner** called situation - **Political Scandal in** New York. **President Obama** exceeds his power by Holder proposal and forget, that he is also one the citizens of the Great Democratic country – United States of America. June 05, 2009 I apply to **Director of National Intelligence - Dennis Blair;** soon he resigned, upset and tiered. Left their offices FBI NY Director Assistant - **Mark Mershon;** Federal Attorneys Dasin and Campbel. **Anti-American Gangster Bloomberg** bought everybody in **New York** and **Washington DC,** forcing honest people to resign.

7.  **November 2005,** I was called to FBI N Y, 26 Federal Plaza 23th fl. by Agent Jeff (tel. 212-384-2477). After meeting with High Rank Officers and Russian Interpreter Jeff tall me, that his bosses forbid to start investigations on **Mark Kogan** and 3-Star-General **Michael Scagnelli (best friend of Corrupted Andrew Cuomo and Michael Bloomberg),**

2 | Page

3 | Page                    Website: www.yakov-slepoy.com.          **Yakov Slepoy**

**Russian** and **Italian Criminal Economy Terrorist Organization** - "good people", despite facts. In **2012** I face similar situation with other Agency - **United States Secret Service.** - Field Office **(Tel.718-840-1000)** at 335 Adams Street; Brooklyn, NY 11201; Twice I came with original documents in-person and without results. **June 08, 2012** I spoke to Agent Capsel **(tel.718-840-1449)** in 2 hours I get return call with suggestion go to FBI – agents Supervisor saw Conflict of interest. I brought documents on 4 important issues: **Racket, Economy Terrorism, Social Security Crime, Spy Activities** against USA and USSS gave empty words about Subordination. **A.T. Smith – Deputy Director** of USSS and Secretary of Homeland Security - **Janet Napolitano** need consideration. Their subordinates are useless. **Bloomberg bought everybody in N Y C** a n d **D C** to cover his crimes. **Criminals** from Russian Community - <u>Doctors, Lawyers, Bankers and Businessman</u> meet **Bloomberg** at fancy Night club **"National"** in **Brooklyn, Brighton Beach Area**; Commissioner Kelly and Brooklyn DA – C. Hynes were there too.

8.  By opinion of **President Carter** internal and external Policy of United States is violation **10 Constitutional Declarations** of Human Rights, adopted in **1948**. As I can see, there is No **Democracy and Human Rights** in the country, ruled in reality by **Bloomberg** and people, he bought, not a **President** and his **Administration Power.** For the last 7 years I'm facing listening of my telephone, persecute and murder attempts. Not only I, my family and all Americans became hostages of dirty games of **Corrupted Gangster Bloomberg,** but also you **Mr. President,** your beautiful wife and children. All the crime starts from Brighton beach area of Brooklyn and then spread around the country. And **Brooklyn DA Charles Hynes** take side of **Politically Corrupted Judges, Lawyers** and all the **criminals.** Over the last 18 years, taking bribe is only business of Hynes. Bloomberg is Criminal without **honor and conscience.** He bribes DNI - **James Clapper,** who cover crimes of **Intelligent Community** leaders: AG Eric Holder and FBI Director Robert **Mueller,** Secretary of Home Land Securities – **Janet Napolitano** and **Director of US Secret Service.** President knows about Crimes around and keeps Robert Mueller for another 2 years to avoid investigations on **Bush** crimes.

9.  **Corrupted Law Marionettes** devoted to Bloomberg are Chief Judges - **Preska** and **Jacobs** (also their **Assistants**) from the Manhattan Courts. **Anti- Semitics Judge** Jacobs cover other Judges and don't afraid to do Crimes, because support of **Chief Justice of US – John G.** **Roberts.** Bloomberg subsidy all of you, because of this he is covered on his crimes from all sides. Then Bloomberg peal money whenever he wants as silence guaranteed. I have been few times in **Publish Houses - "The New York Times", "Daily News",** send letters by registered mail to **"Washington Post."** Journalists afraid to talk when mentioned **Bloomberg's** name.

I **understand that any false statements made in this letter are punishable as a Class "A" Misdemeanor under Section 175.830 and/or Section 210.45 of the Penal Low.**

Sincerely                                                        Yakov Slepoy
Notary Public
Date  07/25/2012

MARINA GAVLOVSKA
Notary Public - State of New York
NO. 01GA6128446
Qualified in Kings County
My Commission Expires 06/13/15

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.15 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.05 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $13.15 |

BROOKLYN, NY BATH BEACH STA.
Postmark Here
AUG -1 2012
USPO 08/01/2012

Sent To _Pres Obama_
Street, Apt. No.; or PO Box No. _1600 Penn Ave_
City, State, ZIP+4

7011 2970 0001 9472 9142

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Personal delivery_
_350 pages doc._
_President Obama_
_The White House_
_1600 Pennsylvania Av NW_
_Washington, DC 20500_

2. Article Number (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
THE WHITE HOUSE OFFICE     □ Agent
WASHINGTON, D.C. 20500     □ Addressee

B. Received by ( Printed Name )     C. Date of Delivery   AUG 14 2012

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20528

| | | |
|---|---|---|
| Postage | $ | $5.15 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | _Personal delivery_ |

BROOKLYN NY BATH BEACH STA
Postmark Here
AUG -1 2012

Sent To _Jane T Napolitano_
Street, Apt. No.; or PO Box No. _Homeland Security_
City, State, ZIP+4 _Washington, DC 20528_

PS Form 3800, August 2006     See Reverse for Instructions

7011 2000 0000 4579 6257

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20511

| | | |
|---|---|---|
| Postage | $ | $5.15 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | _Personal delivery_ |

BROOKLYN NY BATH BEACH STA
0302
Postmark Here
AUG -1 2012

Sent To _DNI Clapper_
Street, Apt. No.; or PO Box No. _Office DNI_
City, State, ZIP+4 _Washington, DC 20511_

PS Form 3800, August 2006     See Reverse for Instructions

7011 2000 0000 4579 6240

*Chapter III on Website*

## Judicial Watch's Dirty Dozen

Washington, DC) Judicial Watch, the public interest group that investigates and prosecutes government corruption, announces its top ten list of the most corrupt politicians, government officials, lobbyists and business leaders of 2002.

#1 Sen. Hillary Clinton (D-NY): Like a modern-day Gollum, Mrs. Clinton's quest for political brass rings frequently descends into evil, from Whitewater to FBI Filegate to Travelgate to taking over 2 million dollars in illegal contributions for her Senate campaign from Judicial Watch client Peter Paul. Judicial Watch's quest is to throw her ring into the judicial "Cracks of Doom."

#2 Bill Clinton (D): The "King of Corruption" for eight tawdry years, Judicial Watch looks forward to taking Mr. Clinton's testimony under oath in the Dolly Kyle Browning vs. Clinton case and many others.

#3 Fmr. FBI Director Louis Freeh (R): The most corrupt and inept FBI Director in the history of the agency, Freeh recently suffered a blow from the Supreme Court, refusing to acknowledge his claim of immunity in a lawsuit filed by JW on behalf of Fmr. Energy Department Director of Intelligence, Notra Trulock.

#4 Jesse Jackson (D): Judicial Watch sued the so-called "Reverend" Jesse Jackson, his son Jonathan and others for alleged civil rights violations and assault and battery on behalf of conservative black activist Rev. Jesse Lee Petersen.

#5 Congressman Richard Gephardt (D-MO): Judicial Watch sued Gephardt & his campaign staff for alleged assault, civil rights violations and abuse of process and other wrongdoings on behalf of Bill Federer, who ran for and nearly won, Gephardt's seat in 2000.

#6 DNC Chairman Terry McAuliffe (D): Parlayed $100,000 into 18 million dollars in the bankrupt Global Crossing. JW is suing McAuliffe over his

Untitled

alleged shady ties with Global Crossing.

#7 Fmr. IRS Commissioner Charles Rossotti (R): Used the Internal Revenue Service as a political weapon that would have made even Richard Nixon proud.

#8 Sen. Trent Lott (R-MS): A supreme embarrassment to the nation even before his recent foot-in-mouth statement at Strom Thurmond's 100th birthday, Lott was instrumental in making the impeachment trial of Bill Clinton a total joke.

#9 Sen. Robert Torricelli (D-NJ): Like "The Godfather's" Senator Geary, "The Torch" couldn't find an offer or a big-screen TV that he couldn't refuse. His corrupt career on Capitol Hill presently sleeps with fishes.

#10 Sen. Tom Daschle (D-SD): Judicial Watch has filed FOIA requests to uncover Sen. Daschle and his wife Linda's role in the selection of faulty bomb detecting equipment for the airline industry.

#11 Fmr. Enron CEO Kenneth Lay: The disgraced "Kenny-Boy," used investors money in Enron like his own personal cookie jar, playing the fiddle while this Houston-based company burned.

#12 Congressman Henry Waxman (D-CA): For his tireless efforts to obstruct justice whenever Democrat wrongdoing is involved.

Honorable Mention:
Congressman Tom DeLay (R-TX): "The Hammer" smashed his thumb when he tried to sell White House access to contributors a la Lincoln bedroom-style.

RY RODHAM CLINTON
NEW YORK
SENATOR

SELL SENATE OFFICE BUILDING
SUITE 476
ASHINGTON, DC 20510-3204
202-224-4451

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
HEALTH, EDUCATION, LABOR, AND PENSIONS
SPECIAL COMMITTEE ON AGING

# United States Senate

WASHINGTON, DC 20510-3204

February 3, 2006

Mr. Yakov Slepoy
2658 Batchelder St.
2nd Floor
Brooklyn, New York 11235

Dear Mr. Slepoy:

I have received your inquiry regarding a legal matter.

I appreciate the trust and confidence that your letter represents, however, the division of jurisdiction between the Judicial and Legislative branches of government prevents my intervention in matters that are, or have been, before the courts. Therefore, I am unable to offer assistance in the matter presented in your letter, and am returning your correspondence to you.

You may want to contact a private attorney or your local legal services agency. Assistance in obtaining an attorney is available through the Lawyer Referral and Information Service of the New York State Bar Association (800) 342-3661. If you cannot afford the services of an attorney, you may contact the Legal Aid Society.

I hope that this information will be of assistance to you.

Sincerely yours,

*Hillary Rodham Clinton*

MEMBER OF
N.Y. & N.J. BARS

HRC/cb/dk

JULIE A. CLARK
*Attorney at Law*

N.Y. OFFICE
32 COURT STREET, SUITE 707
BROOKLYN, NEW YORK 11201
718-625-6888
718-625-6977 FAX

N.J. OFFICE
665 NEWARK AVENUE
JERSEY CITY, NJ 07306
201-656-0098
201-656-0914 FAX

**Rudy Giuliani** says political correctness by **Obama Administration** hurts nation's ability to stop terrorist attacks. **Former mayor says a different mindset might have prevented Boston Marathon bombings**



JACQUELYN MARTIN/AP

*Former Mayor Rudy Giuliani told a congressional hearing on Wednesday that politically correct thinking by the Obama administration may have contributed to the failure to stop the Boston Marathon bombing*

WASHINGTON

- As alleged **Boston** bomber **Dzhohkar Tsarnaev** was about to be arraigned, Rudy Giuliani told **Congress Wednesday** that "political correctness" by the Obama administration may have thwarted efforts to stop the Boston attack.
- Testifying before the **House Homeland Security Committee**, the former **New York Mayor** complained that the administration has become too cautious about identifying potential Islamic terror threats.
- "You can't fight an enemy you don't acknowledge," Giuliani told the hearing, which was called to examine intelligence breakdowns that might have allowed the Boston bombers to carry out their attack.
- "To confront this threat effectively, we have to purge ourselves of the practice of political correctness when it goes so far that it interferes with our rational and intellectually honest analysis of the identifying characteristics the help a discover these killers in advance."
- Michael Leiter, former head of the **U.S. National Counterterrorism Center**, dismissed the claim that political correctness has compromised the fight against terrorism.
- The idea "is simply beyond me," he testified.
- Leiter noted that fewer than 20 people have died in Islamist-inspired attacks in the U.S. since Sept. 11, "so our record is far from perfect but it's very good."
- Committee Chairman Michael McCaul (R-Texas) argued that based on its rhetoric, the Obama White House "seeks to return to a pre-9/11 approach to fighting terrorism on our soil."

- The Obama administration abandoned the term "war on terror" soon after Obama's election, and during his reelection campaign Obama asserted that al-Qaeda was "on its heels."
- In February, however, Obama spokesman Jay Carney said that the U.S. is at "war against al-Qaeda and its affiliates."
- In his testimony, Giuliani argued that, "We have by no means conquered well-organized Islamic terrorist groups. And whether we recognize that we are at war with them is almost completely irrelevant, because they are at war with us."
- He added, "The real question is: Are we going to recognize that they are at war with us, or are we going to fool ourselves into a very dangerous state of denial?"
- 
- **Giuliani** echoed claims by a member of the committee, **Rep. Pete King** (R-Long Island), that political correctness trickles down to investigators in cases involving religious extremists.
- Giuliani cited red flags leading up to **Army Maj. Nidal Hasan's** alleged killing of 13 people at **Fort Hood,** Texas, in **November 2009**.
- "For example — and this is with the benefit of hindsight — there would have been a much greater chance of preventing Fort Hood, and possibly — and this I emphasize is possibly — the Boston bombing, if the relevant bureaucracies had been less reluctant to identify the eventual killers as potential Islamic extremist terrorists," Giuliani said.
- "The elevation of political correctness over sound in investigative judgement certainty explains the failure to identify Maj. Hasan as a terrorist. That political correctness has been extended so far that the current administration describes his act as 'workplace violence.' This isn't just preposterous. What we fail to realize is, this is dangerous."



Former Mayor Rudy Giuliani arrives on Capitol Hill to testify before the House Homeland Security Committee hearing on

Giuliani claimed that the FBI's failure to track Dzhohkar Tsarnaev's older brother, Tamerlan, might have been caused by being too cautious on civil liberties issues. It was a reference to

Tamerlan's return to his native Dagestan, an area associated with Islamic extremism, for six months last year.

Authorities charge that the two bothers carried out the Boston bombing in April. Tamerlan was killed while trying to evade authorities after the attack, leaving his brother to face the charges alone.

"The fear of incorrectly identifying Tsarnaev as a suspected Muslim extremist might have played a role in not taking all the steps that seemed prudent given his suspicious behavior," Giuliani maintained. "He obviously wasn't going back to listen to the Moscow symphony."

Later in the day Wednesday, Dzhokhar Tsarnaev pleaded not guilty to all charges in the case. It was his first appearance in public since he was captured after the Boston attack.



JACQUELYN MARTIN/AP

Rudy Giuliani, left, testifies at Capitol Hill hearing on whether intelligence failures contributed to the Boston Marathon bombings.

## FBI Director Sheepishly Admits Agency Hasn't Solved Single Crime In 10 Years. *APRIL 7, 2011 | ISSUE 47•14*

WASHINGTON—in response to a probe into the bureau's operational costs, FBI director Robert Mueller timidly told Congress Wednesday that the organization he oversees has not technically solved any crimes since 2001. **Mueller** make **FBI** hostages of his crime in front of American people. **President Obama** holds for other 2 years this **Criminal Gangster**



After confirming that the FBI does indeed have more than 13,000 special agents deployed to investigate cases all across the country, Mueller stressed that the bureau's internal process was "complicated," and that the fact that not one case file has been closed in the past decade is not unexpected.

According to records, the last case the FBI officially solved was a Topeka, KS mail fraud offense in February 2001.

"It's hard to explain to a layman precisely how our operations work, but it's really more about analyzing crimes than it is about actually, you know, arresting perpetrators and convicting them," a fidgeting Mueller said. "It's a process, is what I'm trying to say. It isn't always so simple as 'solved' and 'unsolved.' That's been especially true this decade, I think."

"Besides, solving crimes, per se, is relatively basic," Mueller added. "We're trying to set our sights a little higher, is the thing."

According to Mueller, while the FBI has worked tirelessly over the past decade to obtain leads, collect a substantial amount of evidence, and organize a thorough criminal database, it has still failed to solve any cases, despite coming close several times.

Offering a variety of reasons for the surprising results, Mueller insisted that while many in the agency would love to be solving more federal crimes, in the end, the majority of cases usually work themselves out anyway.

"I think the problem here is that everybody is thinking too narrowly about this whole crime-solving thing," said Mueller, adding that preventing crimes from happening in the first place was much more important than solving crimes that had already been committed and that no one could do anything about at that point. "Besides, a lot of the really softball, solvable cases don't come across our desk at all. We let local law enforcement handle that stuff, and, you know, we don't want to step on their toes or anything."

"Honestly, I don't even associate the words 'FBI' and 'solving crimes' in my mind, really," Mueller added.

Mueller also said that investigative journalists basically solve 20 percent of crimes before the FBI even has a chance.

Growing increasingly frustrated, Mueller testified that in a broader sense, the problem of crime could not really be "solved" unless society were changed as a whole—a task, he said, that did not fall under the FBI's purview.

"We spend a lot of hours investigating and we have arrested suspects, but even if you convict someone, what have you accomplished?" Mueller asked. "At the end of the day, we can slap some cuffs on some creep, but that's not going to bring 15 decapitated kids back. That's not solving anything."

When asked for an accounting of the bureau's $7.9 billion budget, Mueller said a significant portion of those funds were dedicated to eliminating those who question the FBI's accounting.

<u>Comment to Photo</u>

Satellite photo at mid - 90th of **Zagorsk-6** "Biological Research Center". "Search" of Iraq bio-weapons is just a <u>story</u>; Americans know exactly, who get it.

**September 11, 2001** attack and Iraqi mass distraction weapons – two fictitious reasons to oil-sniffing **President George W. Bush** and **Vice - President Richard Cheney** to start war and stretch hands to Iraq oil.

Technically, **09/11/2001,** organized, conduct and orchestrate by **FBI Director - Robert Mueller**. How many **$Millions FBI Director** got from **Saudians** for death and injuries on **thousands** of **American** soldiers? **Obama** know all the truth and left Mueler for 2 more years in Office to avoid investigations.

More facts online - Website  <u>**September 11:** http://www.youtube.com/watch?v=xlXSbaAmmC8"</u>